THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02875-RPM

KF 103-CV, LLC,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **December 6, 2013, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 27, 2013.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend. It is

FURTHER ORDERED that counsel for the defendant shall file a disclosure statement pursuant to D.C.COLO.LCivR 7.4.

Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

Dated: October 23rd, 2013

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____

                               Richard P. Matsch, Senior District Judge