THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02875-RPM

KF 103-CV,LLC,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

# FINAL JUDGMENT
_____

    Pursuant to the Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment, signed September 5, 2014 by Senior District Judge Richard P. Matsch, it is

    ORDERED that plaintiff's Motion for Summary Judgment [22], is denied and defendant's Motion for Summary Judgment [20], is granted and this civil action and Complaint are dismissed. It is

    FURTHER ORDERED that judgment is entered in favor of defendant American Family Mutual Insurance Company and against plaintiff KF 103-CV-LLC. It is

    FURTHER ORDERED that defendant American Family Insurance Company shall have its costs by the filing of a Bill of Costs with the Clerk of this court within 14 days of entry of judgment.

    Dated: September 5th, 2014

                                  FOR THE COURT:
                                  Jeffrey P. Colwell, Clerk

                                      s/J. Chris Smith
                            By _____
                                        Deputy Clerk